| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Britgolf LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Golf ETC Morristown** | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **46-5262007** | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **8 Wilmot Street**<br>**Morristown, NJ 07960**<br>Number, Street, City, State & ZIP Code | **38 Sandra Lane**<br>**Randolph, NJ 07869**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Morris**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website (URL)** | **Golfetcmorristown.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor    **Britgolf LLC**                                                              Case number *(if known)* _____
          Name

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    4591

---

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. |
|---|---|---|
| | If more than 2 cases, attach a separate list. | ☐ Yes. |

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    **Britgolf LLC**                                                    Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | | Relationship _____ |
| District | _____ When _____ | | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor     **Britgolf LLC**                                           Case number (*if known*) _____
            Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor    **Britgolf LLC**    Case number (*if known*) _____
                Name

| | Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 24, 2023**
                      MM / DD / YYYY

X _____        **Andrew Sermon**
  Signature of authorized representative of debtor      Printed name

Title    **Owner**

**18. Signature of attorney**

X _____        Date **March 24, 2023**
  Signature of attorney for debtor                        MM / DD / YYYY

**Barry J. Roy 85694**
Printed name

**Rabinowitz, Lubetkin & Tully, LLC**
Firm name

**293 Eisenhower Parkway**
**Suite 100**
**Livingston, NJ 07039**
Number, Street, City, State & ZIP Code

Contact phone    **973-597-9100**      Email address

**85694 NJ**
Bar number and State

## UNANIMOUS CONSENT
### OF THE SOLE MEMBER OF BRITGOLF, LLC

I, Andrew Sermon, the sole member of Britgolf, LLC (the "Company"), hereby confirms

the adoption of the Company of the following resolutions:

BE IT RESOLVED that the Company is authorized to institute a Chapter 7 bankruptcy filing in the United States Bankruptcy Court for the District of New Jersey; and

BE IT FURTHER RESOLVED that the Company is authorized to retain the firm of Rabinowitz, Lubetkin & Tully, LLC to act as its bankruptcy counsel in connection with such Chapter 7 bankruptcy filing.

IN WITNESS WHEREOF, the undersigned has executed this Resolution as of this 24th

day of _March_____, 2023.

_____
Andrew Sermon
*Sole Member of Britgolf, LLC*

| Fill in this information to identify the case: |
| --- |
| Debtor name **Britgolf LLC** |
| United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 24, 2023**        X _____

Signature of individual signing on behalf of debtor

**Andrew Sermon**
Printed name

**Owner**
Position or relationship to debtor

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>Britgolf LLC</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEW JERSEY</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:    Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................................ $           0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................ $       40,815.47

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................. $       40,815.47

---

**Part 2:    Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $       117,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $       16,183.44

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$      164,757.91

4. **Total liabilities** ......................................................................................
   Lines 2 + 3a + 3b

   $      297,941.35

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Britgolf LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

**3.    Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Lakeland Bank<br>250 Oak Ridge Rd.<br>Oak Ridge, NJ 07438 | Checking | 0042 | $0.00 |
| 3.2. | Lakeland Bank<br>250 Oak Ridge Rd.<br>Oak Ridge, NJ 07438 | Savings | 0341 | $15.47 |

**4.    Other cash equivalents** (*Identify all*)

**5.    Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $15.47 |
|---|

**Part 2:**    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.    Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Wilmot Walk LLC<br>PO Box 9181<br>Morristown, NJ 07963 | $9,000.00 |
|---|---|---|

Debtor    **Britgolf LLC**
_____    Case number *(if known)* _____
Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**

| $9,000.00 |

Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **1,800.00** | - | 0.00 | = .... | $1,800.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

| $1,800.00 |

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies **Golf Clubs and Accessories** | August 2022 | $0.00 | Retail | $20,000.00 |

23.    **Total of Part 5.**

| $20,000.00 |

Add lines 19 through 22. Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 2

| Debtor | **Britgolf LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Workshop machinery and golf shafts | $0.00 | Retail | $10,000.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43.    **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | $10,000.00 |
|---|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Debtor     __Britgolf LLC_____     Case number *(If known)* _____
             Name

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Britgolf LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 12:**    Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $15.47 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $9,000.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $1,800.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $20,000.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $10,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.*.............................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $40,815.47 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $40,815.47 |

| Fill in this information to identify the case: |
|---|

Debtor name __**Britgolf LLC**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

---

**2.1   Mizuno USA**
Creditor's Name

**920 Highway 124
Unit 100
Braselton, GA 30517**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Unknown**

_____

**Describe the lien**
**Unknown**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$24,000.00**   Column B: **Unknown**

---

**2.2   PayPal 2**
Creditor's Name

**c/o Swift Financial LLC
3505 Silverside Road
Wilmington, DE 19810**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All assets**

_____

**Describe the lien**
**Blanket lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$50,000.00**   Column B: **$40,815.47**

---

| Debtor | Britgolf LLC | Case number (if known) |
|---|---|---|
| | Name | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **PayPal LoanBuilder** | Describe debtor's property that is subject to a lien | $43,000.00 | $40,185.47 |
|---|---|---|---|---|
| | Creditor's Name | **All assets** | | |

**c/o Swift Financial LLC
3505 Silverside Road
Wilmington, DE 19810**

Creditor's mailing address

Describe the lien

**Blanket lien**

**Is the creditor an insider or related party?**

☐ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $117,000.00

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
|---|

Debtor name   **Britgolf LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,128.99 | $2,128.99 |
|---|---|---|---|---|

**Axel Anderson**
**174 Jamestown Road**
**Basking Ridge, NJ 07920**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $462.50 | $462.50 |
|---|---|---|---|---|

**Brendan McKewon**
**407 Monroe St.**
**Hoboken, NJ 07030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

50844

Debtor    **Britgolf LLC**
_____
Name                              Case number (if known)

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $349.00 | $349.00 |
|---|---|---|---|---|
| | **Conor Grif**<br>**127 Tulip Street**<br>**Summit, NJ 07901** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $996.50 | $996.50 |
|---|---|---|---|---|
| | **Daniel Plaia**<br>**363 Valley Rd**<br>**Gillette, NJ 07933** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|
| | **David Cobb**<br>**34 Nottingham Ct**<br>**Morristown, NJ 07960** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,502.99 | $1,502.99 |
|---|---|---|---|---|
| | **George Struther**<br>**87 Cedar Lake East**<br>**Denville, NJ 07834** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | Britgolf LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**2.7** | Priority creditor's name and mailing address
**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address
**Jason Stitt**
118 Elia Drive
Neshanic Station, NJ 08853

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$500.00    $500.00

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address
**Jeff Buhrman**
56 A Greenwood Ave
Madison, NJ 07940

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$425.00    $425.00

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address
**Jeff Burley**
1 Valley View Ave
Summit, NJ 07901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$804.98    $804.98

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Britgolf LLC** | | Case number (if known) | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $959.98 | $959.98 |
| --- | --- | --- | --- | --- |

**Marvin Aaron**
**151 Old Farm Road**
**Basking Ridge, NJ 07920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,557.00 | $1,557.00 |
| --- | --- | --- | --- | --- |

**Matt Schill**
**341 Fairmount Ave**
**Chatham, NJ 07928**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $389.00 | $389.00 |
| --- | --- | --- | --- | --- |

**Mike Lazur**
**9 Proprietor Lane**
**Whitehouse Station, NJ 08889**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**New Jersey Division of Taxation**
**Compliance and Enforcement -**
**Bankruptcy**
**3 John Fitch Way, 5th Floor**
**P.O. Box 245**
**Trenton, NJ 08695-0245**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Britgolf LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Nolan Karosan**
**8 Hickory Place**
**Cedar Knolls, NJ 07927**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,035.00 | $1,035.00 |
|---|---|---|---|---|

**Ola Fadojutimi**
**107 Howard Street**
**Irvington, NJ 07111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,167.50 | $1,167.50 |
|---|---|---|---|---|

**Paul Zema**
**15 Delwood Road**
**Chester, NJ 07930**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 | $600.00 |
|---|---|---|---|---|

**Rob Mayeski**
**12 Canterbury Way**
**Morristown, NJ 07960**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Britgolf LLC**
_____
Name
Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00    $750.00 |

**Robert Finnesey**
**83 Bud Ave**
**Chester, NJ 07930**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $962.50    $962.50 |

**Scott Maxwell**
**10 Lafayette Ave.**
**Morristown, NJ 07960**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00    $450.00 |

**Sebastian Cerciello**
**121 Cathedral Ave.**
**Florham Park, NJ 07932**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.50    $162.50 |

**Steve Sciaraffo**
**2126 Newark Ave**
**Scotch Plains, NJ 07076**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Britgolf LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|
| | **Vince Sanchez** | Check all that apply. | | |
| | **Unknown** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Customer Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,505.91 |
|---|---|---|---|
| | **American Express** | ☐ Contingent | |
| | PO Box 981537 | ☐ Unliquidated | |
| | El Paso, TX 79998 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,433.88 |
|---|---|---|---|
| | **American Express** | ☐ Contingent | |
| | PO Box 981537 | ☐ Unliquidated | |
| | El Paso, TX 79998 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,764.88 |
|---|---|---|---|
| | **Callaway** | ☐ Contingent | |
| | 2180 Rutherford Road | ☐ Unliquidated | |
| | Carlsbad, CA 92008 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,586.25 |
|---|---|---|---|
| | **Capital One** | ☐ Contingent | |
| | 1680 Capital One Drive | ☐ Unliquidated | |
| | Mc Lean, VA 22102-3491 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,731.21 |
|---|---|---|---|
| | **Chase** | ☐ Contingent | |
| | P.O. Box 15298 | ☐ Unliquidated | |
| | Wilmington, DE 19850 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Britgolf LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,103.01**

Cobra
1818 Aston Avenue
Carlsbad, CA 92008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,483.89**

Elan Financial Services
9321 Olive Blvd.
Saint Louis, MO 63132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

JCP&L
101 Crawfords Corner Road
Holmdel, NJ 07733

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,573.97**

Ping
PO Box 52450
Phoenix, AZ 85072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

SKC & Co. CPAs, LLC
1 Mars Ct
Boonton, NJ 07005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,915.56**

Srixon Cleveland
5601 Skylab Rd
Huntington Beach, CA 92647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,659.35**

Taylor Made
5545 Fermi Court
Carlsbad, CA 92008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Britgolf LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,000.00 |
|---|---|---|---|

**Wilmot Walk LLC**
**PO Box 9181**
**Morristown, NJ 07963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Douglas Goldstein, Esq.**<br>**SPECTOR & EHRENWORTH, P.C.**<br>**30 Columbia Turnpike**<br>**Suite 202**<br>**Florham Park, NJ 07932-2261** | Line  3.13 <br><br>☐   Not listed. Explain ____ | __ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $        16,183.44 |
| 5b. Total claims from Part 2 | 5b.  +  | $       164,757.91 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $       180,941.35 |

| Fill in this information to identify the case: |
| --- |

Debtor name __**Britgolf LLC**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*                *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate** | |
| --- | --- | --- | --- |
| | State the term remaining | **month to month** | **Wilmot Walk, LLC** *c/o Spector & Ehrenworth. P.C.* **30 Columbia Turnpike Suite 202 Florham Park, NJ 07932** |
| | List the contract number of any government contract | _____ | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Britgolf LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* Codebtor

*Column 2:* Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Andrew Sermon** | **38 Sandra Lane**<br>**Randolph, NJ 07869** | **Elan Financial Services** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.2 | **Andrew Sermon** | **38 Sandra Lane**<br>**Randolph, NJ 07869** | **American Express** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.3 | **Andrew Sermon** | **38 Sandra Lane**<br>**Randolph, NJ 07869** | **American Express** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.4 | **Andrew Sermon** | **38 Sandra Lane**<br>**Randolph, NJ 07869** | **Capital One** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.5 | **Andrew Sermon** | **38 Sandra Lane**<br>**Randolph, NJ 07869** | **Chase** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |

| Debtor | **Britgolf LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Andrew Sermon** | 38 Sandra Lane<br>Randolph, NJ 07869 | **Wilmot Walk LLC** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.7 | **Andrew Sermon** | 38 Sandra Lane<br>Randolph, NJ 07869 | **Mizuno USA** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Andrew Sermon** | 38 Sandra Lane<br>Randolph, NJ 07869 | **PayPal 2** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Andrew Sermon** | 38 Sandra Lane<br>Randolph, NJ 07869 | **PayPal LoanBuilder** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name    **Britgolf LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
    amended filing

---

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2023 to Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For prior year:** From **1/01/2022 to 12/31/2022** | ■ Operating a business<br>☐ Other _____ | $481,000.00 |
   | **For year before that:** From **1/01/2021 to 12/31/2021** | ■ Operating a business<br>☐ Other _____ | $493,809.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

---

Debtor   **Britgolf LLC**                                                  Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Andrew Sermon<br>38 Sandra Lane<br>Randolph, NJ 07869<br>Owner | See Attached | $50,450.00 | |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Wilmot Walk, LLC<br>v.<br>Britgolf LLC<br>MRS-LT-000194-23 | | Landlord/Tenant<br>56 Washington St.<br>Morristown, NJ 07960 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   American Express<br>v.<br>Britgolf, et al.<br>DC-001127-23 | Civil | Morris County Superior Court<br>56 Washington Street<br>Morristown, NJ 07960 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:   Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

## Insider Payments

| Date | To | Amount |
|---|---|---|
| 10/3/2022 | DraftKings | $2,000.00 |
| 10/3/2022 | DraftKings | $2,500.00 |
| 10/3/2022 | DraftKings | $2,500.00 |
| 10/4/2022 | DraftKings | $1,000.00 |
| 10/4/2022 | DraftKings | $1,000.00 |
| 10/4/2022 | DraftKings | $2,500.00 |
| 10/12/2022 | DraftKings | $1,000.00 |
| 10/12/2022 | DraftKings | $1,500.00 |
| 10/14/2022 | DraftKings | $2,500.00 |
| 10/17/2022 | DraftKings | $1,000.00 |
| 10/17/2022 | DraftKings | $1,000.00 |
| 10/21/2022 | BetMGM | $2,000.00 |
| 10/24/2022 | DraftKings | $1,000.00 |
| 10/24/2022 | DraftKings | $1,000.00 |
| 10/24/2022 | DraftKings | $1,000.00 |
| 10/24/2022 | DraftKings | $1,000.00 |
| 10/24/2022 | BetMGM | $1,000.00 |
| 10/24/2022 | BetMGM | $1,500.00 |
| 10/24/2022 | BetMGM | $1,500.00 |
| 10/24/2022 | DraftKings | $1,500.00 |
| 10/25/2022 | DraftKings | $1,000.00 |
| 10/25/2022 | DraftKings | $1,500.00 |
| 10/25/2022 | DraftKings | $2,500.00 |
| 10/27/2022 | DraftKings | $500.00 |
| 10/27/2022 | DraftKings | $1,000.00 |
| 10/27/2022 | DraftKings | $1,000.00 |
| 10/28/2022 | DraftKings | $200.00 |
| 10/31/2022 | DraftKings | $500.00 |
| 10/31/2022 | DraftKings | $1,000.00 |
| 10/31/2022 | DraftKings | $1,000.00 |
| 10/31/2022 | DraftKings | $1,000.00 |

| Date | Vendor | Amount |
|---|---|---|
| 11/1/2022 | DraftKings | $200.00 |
| 11/1/2022 | DraftKings | $300.00 |
| 11/1/2022 | DraftKings | $1,000.00 |
| 11/4/2022 | DraftKings | $100.00 |
| 11/4/2022 | DraftKings | $200.00 |
| 11/4/2022 | DraftKings | $500.00 |
| 11/8/2022 | DraftKings | $100.00 |
| 11/8/2022 | DraftKings | $100.00 |
| 11/8/2022 | DraftKings | $100.00 |
| 11/8/2022 | DraftKings | $500.00 |
| 11/8/2022 | DraftKings | $1,000.00 |
| 11/8/2022 | DraftKings | $1,000.00 |
| 11/8/2022 | DraftKings | $1,000.00 |
| 11/9/2022 | DraftKings | $1,000.00 |
| 11/14/2022 | DraftKings | $400.00 |
| 11/14/2022 | DraftKings | $500.00 |
| 11/21/2022 | BetMGM | $250.00 |
| | | **$50,450.00** |

Debtor    **Britgolf LLC**                                      Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway<br>Suite 100<br>Livingston, NJ 07039 | Attorney Fees | 12/5/2022 | $6,000.00 |
| | Email or website address<br><br>_____ | | | |
| | Who made the payment, if not debtor?<br>Spouse, Kathleen Sermon | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

Debtor    **Britgolf LLC**                                                                                    Case number *(if known)* _____

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

|   Address   |   Dates of occupancy From-To   |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name**
**Address**
**Telephone Number**
**E-mail (in some cases)**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   **Britgolf LLC**                                                     Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Debtor    **Britgolf LLC**                                        Case number *(if known)* _____

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **SKC & Co. CPAs, LLC**<br>**1 Mars Ct**<br>**Boonton, NJ 07005** | **2014 to present** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **SKC & Co. CPAs, LLC**<br>**1 Mars Ct**<br>**Boonton, NJ 07005** | **2014 to present** |

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **SKC & Co. CPAs, LLC**<br>**1 Mars Ct**<br>**Boonton, NJ 07005** | |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ■ None

    **Name and address**

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☐ No
    ■ Yes. Give the details about the two most recent inventories.

Debtor    **Britgolf LLC**                                                                 Case number *(if known)* _____

| | Name of the person who supervised the taking of the inventory<br>**Michael Kutlenros** | Date of inventory<br>**August 2022** | The dollar amount and basis (cost, market, or other basis) of each inventory<br>**Retail $20,000** |
|---|---|---|---|
| 27.1 | | | |
| | Name and address of the person who has possession of inventory records<br>**Andrew Sermon**<br>**38 Sandra Lane**<br>**Randolph, NJ 07869** | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ■ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ■ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Britgolf LLC**                                                Case number *(if known)*

---

**Part 14:**  Signature and Declaration

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 24, 2023**

_____                    **Andrew Sermon**
Signature of individual signing on behalf of the debtor             Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of New Jersey

In re  **Britgolf LLC**

Debtor(s)

Case No.

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     | | | |
     |---|---|---:|
     | For legal services, I have agreed to accept | $ | 6,000.00 |
     | Prior to the filing of this statement I have received | $ | 6,000.00 |
     | Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ☐ Debtor     ■ Other (specify):    **Spouse, Kathleen Sermon**

3.   The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
     copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
          **Meetings with Debtor discussing analysis of what alternative is best suited to its circumstances, the costs and
          benefits of each option, preparation and filing of the Chapter 7 petition and schedules and statement of financial
          affairs, attendance at the Section 341(a) first meeting of creditors and response to Trustee's information requests
          (the "Initial Scope of Retainer").**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation in any Rule 2004 examinations, representation in any adversary proceedings or contested
     matters, amendments to the bankruptcy petition or schedules and statement of financial affairs, litigation related
     to stay relief, claims allowance, and any other work beyond the Initial Scope of Retainer.**

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**March 24, 2023**

*Date*

Barry J. Roy 85694
*Signature of Attorney*
Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway
Suite 100
Livingston, NJ 07039
973-597-9100   Fax: 973-597-9119
*Name of law firm*

**United States Bankruptcy Court**
**District of New Jersey**

In re    **Britgolf LLC** _____          Case No. _____

                              Debtor(s)          Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **March 24, 2023** _____          _____

                                        **Andrew Sermon/Owner**
                                        Signer/Title

American Express
PO Box 981537
El Paso, TX 79998


American Express
PO Box 981537
El Paso, TX 79998


Andrew Sermon
38 Sandra Lane
Randolph, NJ 07869


Andrew Sermon
38 Sandra Lane
Randolph, NJ 07869


Andrew Sermon
38 Sandra Lane
Randolph, NJ 07869


Andrew Sermon
38 Sandra Lane
Randolph, NJ 07869


Andrew Sermon
38 Sandra Lane
Randolph, NJ 07869


Andrew Sermon
38 Sandra Lane
Randolph, NJ 07869


Andrew Sermon
38 Sandra Lane
Randolph, NJ 07869


Andrew Sermon
38 Sandra Lane
Randolph, NJ 07869


Andrew Sermon
38 Sandra Lane
Randolph, NJ 07869

Axel Anderson
174 Jamestown Road
Basking Ridge, NJ 07920


Brendan McKewon
407 Monroe St.
Hoboken, NJ 07030


Callaway
2180 Rutherford Road
Carlsbad, CA 92008


Capital One
1680 Capital One Drive
Mc Lean, VA 22102-3491


Chase
P.O. Box 15298
Wilmington, DE 19850


Cobra
1818 Aston Avenue
Carlsbad, CA 92008


Conor Grif
127 Tulip Street
Summit, NJ 07901


Daniel Plaia
363 Valley Rd
Gillette, NJ 07933


David Cobb
34 Nottingham Ct
Morristown, NJ 07960


Douglas Goldstein, Esq.
SPECTOR & EHRENWORTH, P.C.
30 Columbia Turnpike
Suite 202
Florham Park, NJ 07932-2261


Elan Financial Services
9321 Olive Blvd.
Saint Louis, MO 63132

George Struther
87 Cedar Lake East
Denville, NJ 07834


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jason Stitt
118 Elia Drive
Neshanic Station, NJ 08853


JCP&L
101 Crawfords Corner Road
Holmdel, NJ 07733


Jeff Buhrman
56 A Greenwood Ave
Madison, NJ 07940


Jeff Burley
1 Valley View Ave
Summit, NJ 07901


Marvin Aaron
151 Old Farm Road
Basking Ridge, NJ 07920


Matt Schill
341 Fairmount Ave
Chatham, NJ 07928


Mike Lazur
9 Proprietor Lane
Whitehouse Station, NJ 08889


Mizuno USA
920 Highway 124
Unit 100
Braselton, GA 30517

New Jersey Division of Taxation
Compliance and Enforcement - Bankruptcy
3 John Fitch Way, 5th Floor
P.O. Box 245
Trenton, NJ 08695-0245


Nolan Karosan
8 Hickory Place
Cedar Knolls, NJ 07927


Ola Fadojutimi
107 Howard Street
Irvington, NJ 07111


Paul Zema
15 Delwood Road
Chester, NJ 07930


PayPal 2
c/o Swift Financial LLC
3505 Silverside Road
Wilmington, DE 19810


PayPal LoanBuilder
c/o Swift Financial LLC
3505 Silverside Road
Wilmington, DE 19810


Ping
PO Box 52450
Phoenix, AZ 85072


Rob Mayeski
12 Canterbury Way
Morristown, NJ 07960


Robert Finnesey
83 Bud Ave
Chester, NJ 07930


Scott Maxwell
10 Lafayette Ave.
Morristown, NJ 07960

Sebastian Cerciello
121 Cathedral Ave.
Florham Park, NJ 07932


SKC & Co. CPAs, LLC
1 Mars Ct
Boonton, NJ 07005


Srixon Cleveland
5601 Skylab Rd
Huntington Beach, CA 92647


Steve Sciaraffo
2126 Newark Ave
Scotch Plains, NJ 07076


Taylor Made
5545 Fermi Court
Carlsbad, CA 92008


Vince Sanchez
Unknown


Wilmot Walk LLC
PO Box 9181
Morristown, NJ 07963


Wilmot Walk, LLC
c/o Spector & Ehrenworth. P.C.
30 Columbia Turnpike
Suite 202
Florham Park, NJ 07932

## United States Bankruptcy Court
### District of New Jersey

In re    **Britgolf LLC**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Britgolf LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 24, 2023**

Date

Barry J. Roy 85694

Signature of Attorney or Litigant

Counsel for    **Britgolf LLC**

**Rabinowitz, Lubetkin & Tully, LLC**
**293 Eisenhower Parkway**
**Suite 100**
**Livingston, NJ 07039**
**973-597-9100 Fax:973-597-9119**